ERIC WHITE et al., Appellants, v ERIC T. SCHNEIDERMAN, New York State Attorney General, et al., Respondents.

[38 NYS3d 484]—Motion for leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Carni, NeMoyer, Troutman and Scudder, JJ.